# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WSOU INVESTMENTS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SALESFORCE, INC.,<br><br>　　　　　　　Defendant. | 3:23-cv-00023-RCJ-CSD<br><br>**ORDER** |

　　　Before the court is the parties' Joint Status Report (ECF No. 50).  The parties advise that they are continuing to confer in good faith to narrow the production requests without further intervention of the court and request to submit a further joint status report by March 23, 2023.

　　　**IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report on or before **March 23, 2023**, advising the court what categories, if any, are still in dispute with respect to the production requests.

　　　DATED:  March 17, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

1