**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WSOU INVESTMENTS, LLC, | 3:23-cv-00023-RCJ-CSD |
| Plaintiff, | **ORDER** |
| v. | |
| SALESFORCE, INC., | |
| Defendant. | |

The court has received a second status report from Orange Holdings (ECF No. 52) and a sealed status report from Salesforce (ECF No. 55). The court has also received Orange's "Statement Responding to Salesforce's Second Status Report." (ECF No. 57.)  After holding a March 2, 2023, hearing on Salesforce's motion to compel regarding a subpoena for Orange Holdings, the court granted Salesforce's motion in part and ordered the parties to meet and confer to narrow the scope of a number of categories in the requests for production and deposition topics.  The court ordered the parties to submit a joint status report, not individual reports.

**IT IS HEREBY ORDERED** that the parties shall meet and confer **in person** at the federal courthouse in Reno, Nevada on the remaining disputed requests for production and deposition topics for the subpoena for Orange Holdings. The court will then hold a hearing to rule on any unresolved disputes over the requests for production and deposition topics.  In advance of the meet and confer, the court gives the following guidance to the parties.  Requests for production for "all communications" need to be more narrowly tailored. The court also notes that it is not limited by the

parameters of a discovery ruling by the court in the Western District of Texas with respect to WSOU Holdings and WSOU Capital Partners.  This court previously denied Orange's motion to transfer the subpoena for nonparty Orange to the Western District of Texas.

The court will schedule the in-person meet and confer session and follow-up hearing to take place in Reno within two (2) weeks from the date of this order.

DATED:  March 28, 2023.



UNITED STATES MAGISTRATE JUDGE