# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WSOU INVESTMENTS, LLC, | Case No.: 3:23-cv-00023-RCJ-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF Nos. 98, 103, 112, 116 |
| SALESFORCE, INC., | |
| Defendant | |

Before the court are: (1) Salesforce Inc.'s motion for leave to file under seal portions of its motion for reasonable attorney's fees and accompanying exhibits (ECF No. 98); Orange Holdings, Inc.'s motion for leave to file under seal portions of its opposition to Salesforce's motion for reasonable attorney's fees (ECF No. 103); Orange Holdings Inc.'s motion for leave to file under seal portions of its reply in support of its motion to stay enforcement (ECF No. 112); and Salesforce's motion for leave to file under seal portions of its reply filed in support of its motion for reasonable attorney's fees (ECF No. 116). The motions are not opposed.

The good cause standard applies to this motion because the documents that the moving parties seek to seal are only tangentially related to the merits of the case. *See Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97, 1101 (9th Cir. 2016).

The court finds that good cause exists for sealing these documents. Therefore, the motions (ECF Nos. 98, 103, 112, 116) are **GRANTED**.

**IT IS SO ORDERED**.

Dated: December 1, 2023

_____
Craig S. Denney
United States Magistrate Judge